# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-40569
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 4, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DANNY LEE VILLEZCAS,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:16-CR-84-1

———————————————————————

Before WIENER, STEWART, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Danny Lee Villezcas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Villezcas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40569

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.

There is a clerical error in the revocation order.  The order does not accurately reflect that the district court imposed his 24-month term of imprisonment to run consecutively with his six-year state sentence. Accordingly, we REMAND for correction of the clerical error in the revocation order in accordance with Federal Rule of Criminal Procedure 36. *See United States v. Illies*, 805 F.3d 607, 610 (5th Cir. 2015).